B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Passaic Healthcare Services, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Allcare Medical** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1447794** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4470 Bordentown Avenue**<br>**Sayreville, NJ**<br>ZIP Code **08872** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**125 Newburn Road, Suite 300**<br>**Plainview, NY**<br>ZIP Code **11803** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Passaic Healthcare Services, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Passaic Healthcare Services, LLC** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Joseph J. DiPasquale**<br>Signature of Attorney for Debtor(s)<br><br>**Joseph J. DiPasquale**<br>Printed Name of Attorney for Debtor(s)<br><br>**Trenk, DiPasquale, Della Fera & Sodono, P.C.**<br>Firm Name<br><br>**347 Mount Pleasant Avenue**<br>**Suite 300**<br>**West Orange, NJ 07052**<br>Address<br><br>**973-243-8600  Fax: 973-243-8677**<br>Telephone Number<br><br>**December 31, 2014**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Winthrop Hayes**<br>Signature of Authorized Individual<br><br>**Winthrop Hayes**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**December 31, 2014**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  Passaic Healthcare Services, LLC d/b/a Allcare Medical             Case No.  _____
                                                         Debtor(s)        Chapter  __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| McKesson Medical Surgical<br>PO Box 630693<br>Cincinatti, OH  45263-0693 | Terri<br>McKesson Medical Surgical<br>PO Box 630693<br>Cincinatti, OH  45263-0693<br>terri.duncan@mckesson.com | Trade Debt | | 4,380,132.46 |
| Lerner, Richard<br>2333 Morris Avenue, Ste. C210<br>Union, NJ 07083 | Lerner, Richard<br>2333 Morris Avenue, Ste. C210<br>Union, NJ 07083<br>877-678-4101 x105<br>E-mal: rlerner@allcareoandp.com | Subordinated Seller Debt | | 1,928,423.00 |
| MagnaCare<br>Attn: Sherrill Spatz-Billing<br>1600 Stewart Avenue<br>Suite 700<br>Westbury, NY 11590 | MagnaCare<br>Attn: Sherrill Spatz-Billing<br>1600 Stewart Avenue<br>Westbury, NY 11590<br>516-282-8000 | Employee Medical Claims | | 666,303.70 |
| Drive Medical Design & Manufacturing<br>Attn: Mike Kelly<br>99 Seaview Boulevard<br>Port Washington, NY 11050 | Mike Kelly<br>Drive Medical Design & Manufacturing<br>99 Seaview Boulevard<br>Port Washington, NY 11050<br>516-998-4600<br>Fax: 516-998-4601 | Trade Debt | | 423,596.91 |
| Abrams Fensterman<br>Fensterman LLP<br>1111 Marcus Avenue<br>Suite 107<br>Lake Success, NY 11042 | Neil Kaufman<br>Abrams Fensterman Fensterman LLP<br>1111 Marcus Avenue<br>Suite 107<br>Lake Success, NY 11042<br>516-328-2300<br>Fax: 516-328-6638 | Legal Fees | | 366,410.69 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Passaic Healthcare Services, LLC**  
         Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Respironics<br>PO Box 405740<br>Atlanta, GA 30384 | Angela<br>Respironics<br>PO Box 405740<br>Atlanta, GA 30384<br>724-387-5237<br>Fax: 724-387-5009 | Trade Debt | | 351,763.72 |
| Invacare Corporation<br>PO Box 824056<br>Philadelphia, PA 19182-4056 | Tonya Murphy<br>Invacare Corporation<br>PO Box 824056<br>Philadelphia, PA 19182-4056<br>800-221-1559 x3941<br>Fax: 866-762-7255 | Trade Debt | | 344,831.08 |
| Independence Medical NJ 01<br>Attn: Accounting<br>1810 Summit Commerce Park<br>Twinsburg, OH 44087 | Amanda<br>Independence Medical NJ 01<br>Attn: Accounting<br>1810 Summit Commerce Park<br>Twinsburg, OH 44087<br>330-963-7208 | Trade Debt | | 315,796.12 |
| Resmed Corp.<br>PO Box 534593<br>Atlanta, GA 30353-4593 | Kim<br>Resmed Corp.<br>PO Box 534593<br>Atlanta, GA 30353-4593<br>800-424-0737<br>Fax: 858-836-5511 | Trade Debt | | 274,425.60 |
| A1 International<br>2226 Morris Avenue<br>Union, NJ 07083 | Barbara Knapp<br>A1 International<br>2226 Morris Avenue<br>Union, NJ 07083<br>908-851-2288<br>E-mail: bknapp@aoneonline.com | Trade Debt | | 274,407.93 |
| Premier Courier Service<br>410 - 412 8th Avenue<br>Third Floor<br>New York, NY 10001 | Rich<br>Premier Courier Service<br>410 - 412 8th Avenue<br>Third Floor<br>New York, NY 10001<br>212-684-0901<br>Fax: 212-684-0905 | Trade Debt | | 187,631.16 |
| AIG<br>22427 Network Place<br>Chicago, IL 60693 | AIG<br>22427 Network Place<br>Chicago, IL 60693<br>800-645-2259 | Trade Debt | | 154,431.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Passaic Healthcare Services, LLC**                  Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Medix Staffing Solutions<br>55 West 22nd Street<br>Suite 230<br>Lombard, IL 60148 | Medix Staffing Solutions<br>55 West 22nd Street<br>Suite 230<br>Lombard, IL 60148<br>630-725-9050<br>Fax: 630-725-9050 | Trade Debt | | 137,806.50 |
| Medline Industries, Inc.<br>PO Box 382075<br>Pittsburgh, PA 15251-8076 | Pam Tyler<br>Medline Industries, Inc.<br>PO Box 382075<br>Pittsburgh, PA 15251-8076<br>847-643-4973<br>Fax: 847-837-2755 | Trade Debt | | 134,476.85 |
| Linde Gas North America<br>24963 Network Place<br>Chicago, IL 60673-1249 | Lisa<br>Linde Gas North America<br>24963 Network Place<br>Chicago, IL 60673-1249<br>908-508-2447 | Trade Debt | | 132,052.96 |
| Select Express & Logistics<br>PO Box 2671<br>New York, NY 10108 | Errol<br>Select Express & Logistics<br>PO Box 2671<br>New York, NY 10108<br>212-947-4114<br>Fax: 212-714-2422 | Trade Debt | | 122,880.33 |
| Rolling Hills Properties LLC<br>5 Ariel Way, Suite 100<br>Syosset, NY 11791 | Janet/Bob/Anton/Artie<br>Rolling Hills Properties LLC<br>5 Ariel Way, Suite 100<br>Syosset, NY 11791<br>516-942-8500<br>Fax: 516-942-8506 | Trade Debt | | 99,421.74 |
| Probasics/PMI<br>PO Box 534996<br>Atlanta, GA 30353-4996 | Probasics/PMI<br>PO Box 534996<br>Atlanta, GA 30353-4996<br>732-683-1900 | Trade Debt | | 99,253.76 |
| Brightree LLC<br>PO Box 101513<br>Atlanta, GA 30392-1513 | Laura Wood<br>Brightree LLC<br>PO Box 101513<br>Atlanta, GA 30392-1513<br>888-598-7797<br>Fax: 678-775-7294 | Trade Debt | | 96,369.46 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Passaic Healthcare Services, LLC**                                Case No. _____

                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270<br>800-528-2122 | Trade Debt | | 91,922.83 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 31, 2014**            Signature   */s/ Winthrop Hayes*
                                                    **Winthrop Hayes**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## PASSAIC HEALTHCARE SERVICES, LLC
## d/b/a ALLCARE MEDICAL

### CERTIFICATE OF COMPANY RESOLUTIONS

I, Winthrop Hayes, President of Passaic Healthcare Services, LLC, d/b/a Allcare Medical, a New Jersey limited liability company (the "Company"), do hereby certify that upon requisite consent in lieu of a meeting dated December 31, 2014, and a quorum being present, the following resolutions were adopted, and said resolutions have not been modified or rescinded, and are still in full force and effect:

> "WHEREAS, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition (the "Petition") be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").
>
> NOW, THEREFORE, BE IT RESOLVED, that the Company is hereby authorized to file the Petition; and it is further
>
> RESOLVED, that the Petition be, and hereby is, authorized; and it is further
>
> RESOLVED, that Winthrop Hayes and any other person designated and authorized to act by any of the foregoing officers (each, an "Authorized Officer") are hereby authorized and empowered, in the name and on behalf of the Company, to execute and verify the Petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court (the "Bankruptcy Court") for the District of New Jersey at such time or in such other jurisdiction as the Authorized Officer executing the Petition shall determine; and it is further
>
> RESOLVED, that the law firm of Trenk, DiPasquale, Della Fera & Sodono, P.C. is hereby employed pursuant to a general retainer as counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and it is further
>
> RESOLVED, that any Authorized Officer be, and hereby is, authorized and empowered to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further
>
> RESOLVED, that each Authorized Officer, be, and each hereby is, authorized and empowered to: (i) negotiate, enter into, execute, deliver, certify, file, and/or record,

and perform such agreements, instruments, assignments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company; and (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such officers deem appropriate or advisable in connection therewith; and it is further

RESOLVED, that each Authorized Officer be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Authorized Officer considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer, the manager or the members in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved."

IN WITNESS WHEREOF, I have hereunto set my hand effective as of this 31st day of December, 2014.

_____
Winthrop Hayes, President

4840-2708-1505, v. 1

2