McDONNELL CROWLEY HOFMEISTER, LLC
BY: Brian W. Hofmeister, Esq.
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
(609) 890-6961 - facsimile
bhofmeister@mchfirm.com
Attorneys for MidCap Financial

| | |
|---|---|
| In the Matter of: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| PASSAIC HEALTHCARE SERVICES, | ) |
| LLC d/b/a ALLCARE MEDICAL, | ) CHAPTER 11 |
| | ) |
| Debtor. | ) CASE NO. 14-36129-CMG |
| | ) |
| | ) NOTICE OF APPEARANCE AND DEMAND |
| | ) FOR SERVICE OF PAPERS |

**PLEASE TAKE NOTICE** that the undersigned shall appear for MidCap Financial. Pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, any rights or interests of MidCap Financial with respect to the above captioned matter.

This appearance and request for notice is without prejudice to their rights, remedies and claims

against other entities and shall not be deemed or construed to be a waiver of any such rights, remedies and claims which are hereby expressly reserved.

        McDONNELL CROWLEY HOFMEISTER, LLC
        Attorneys for MidCap Financial


    BY: */s/Brian W. Hofmeister*
        Brian W. Hofmeister

Dated: January 2, 2015