UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**BECKER MEISEL LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
(973) 422-9122
STACEY L. MEISEL, ESQ.
slmeisel@beckermeisel.com

BUCHALTER NEMER
18400 von Karman Avenue, suite 800
Irvine, CA 92612
(949) 760-1121
(949) 224-6400
JEFFREY K. GARFINKLE, ESQ.
jgarfinkle@buchalter.com

Attorneys for McKesson Medical-Surgical
Minnesota Supply, Inc., a Minnesota Company

| | |
|---|---|
| In re:<br><br>PASSAIC HEALTHCARE SERVICES, LLC<br>d/b/a ALLCARE MEDICAL,<br><br>Debtor. | Case No. 14-36129-CMG<br><br>Chapter 11 |

**CERTIFICATION OF JEFFREY K. GARFINKLE, ESQ. IN SUPPORT OF
APPLICATION FOR ADMISSION, *PRO HAC VICE***

JEFFREY K. GARFINKLE, of full age, does hereby certify as follows:

1. I am an attorney-at-law licensed to practice in the State of California and am a Shareholder to the firm Buchalter Nemer, which maintains an office located at 18400 von Karman Avenue, suite 800, Irvine, California 92612.

2.  I submit this Certification in support of the Application by McKesson Medical Surgical Minnesota Supply, Inc., a Minnesota Company ("McKesson") seeking to have me admitted *pro hac vice* in this matter.

3.  I am, and have been, a member in good standing of the bar of the State of California since 1991, which was the year of my admission.

4.  I am not under suspension or disbarment by any court. Additionally, there are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. The Standing Committee for Discipline for the Central District of California currently is investigating a referral against me, but has not initiated any disciplinary proceedings with respect to that referral.

5.  I submit this Affidavit in support of, and in connection with, the accompanying Application of McKesson Medical Surgical Minnesota Supply, Inc., a Minnesota Company ("McKesson") for an Order approving my admission, *pro hac vice.*

6.  McKesson requested that I represent it in this matter since I serve as McKesson's primary national bankruptcy counsel and have represented McKesson and numerous corporate affiliates (a Fortune 15 company) in dozens of significant bankruptcy cases throughout the United States for the last 17 plus years. As a result, I have in-depth knowledge about McKesson, its day-to-day business operations, and the legal issues McKesson faces in a variety of different bankruptcy cases.

7.  I have generally reviewed the District of New Jersey's Local Civil Rules and the Local Bankruptcy Rules.

8. I agree that, upon my admission *pro hac vice*, Stacey L. Meisel, Esq., from the firm Becker Meisel LLC shall remain counsel of record upon whom all notices, orders and pleadings shall be served.

9. I further agree that, upon my admission *pro hac vice*, I will be bound by the Rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

10. I respectfully request that this Court grant McKesson's application seeking my admission *pro hac vice* in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
JEFFREY K. GARFINKLE

Sworn and subscribed to
before me this ____ day of
January, 2015

_____
Notary Public

3

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
                           ) SS.
County of Orange           )

Subscribed and sworn to (or affirmed) before me on this **5th** day of **January**, 20**15**, by **Jeffrey K. Garfinkle**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MARCI L. M. KNIGHTEN
COMM. # 1967091
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES JAN. 21, 2016

Signature _____

BN 17239104v1