**ARENT FOX LLP**
Robert M. Hirsh
Leah M. Eisenberg
1675 Broadway
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990
robert.hirsh@arentfox.com
leah.eisenberg@arentfox.com

Proposed Attorneys for the
Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| PASSAIC HEALTHCARE SERVICES, LLC d/b/a ALLCARE MEDICAL, *et al.*, | Case No. 14-36129-CMG |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee") of Passaic Healthcare Services, LLC d/b/a Allcare Medical, Galloping Hill Surgical LLC d/b/a Allcare Medical and Allcare Medical SNJ LLC d/b/a Allcare Medical (collectively, the "Debtors"), by and through its proposed counsel, Arent Fox LLP, hereby appears in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and e-mail addresses:

AFDOCS/11624682.1

**ARENT FOX LLP**
Robert M. Hirsh
Leah M. Eisenberg
1675 Broadway
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990
robert.hirsh@arentfox.com
leah.eisenberg@arentfox.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Committee: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Dated: January 15, 2015
New York, New York

**ARENT FOX LLP**

Proposed Attorneys for the Official Committee of Unsecured Creditors

By: */s/ Robert M. Hirsh*
**ARENT FOX LLP**
Robert M. Hirsh
Leah M. Eisenberg
1675 Broadway
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990
robert.hirsh@arentfox.com
leah.eisenberg@arentfox.com