UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Jeffrey M. Sponder, Esq. (JS 5127)
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Passaic Healthcare Services, LLC *dba* Allcare Medical | : | Case No. 14-36129 (CMG) |
| Galloping Hill Surgical, LLC *dba* Allcare Medical | : | Case No. 15-10190 (CMG) |
| Allcare Medical SNJ, LLC *dba* Allcare Medical | : | Case No. 15-10191 (CMG) |
| | : | |
| Debtor | : | |
| | | The Honorable Christine M. Gravelle |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

        Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the Acting United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned cases effective January 14, 2015.

**Essex Capital Corporation**
1486 East Valley Road
Santa Barbara, CA 93108
Tel.: 805-565-0992
Fax: 805-565-0993
Attn: Ralph T. Iannelli

**Richard Lerner** *(Chairperson)*
21 Grand Avenue
Atlantic Highlands, NJ 07716
Tel.: 848-203-2617
Fax: 908-688-5785

**Invacare Corporation**
1320 Taylor Street
Elyria, OH 44035
Tel.: 440-329-6171
Fax: 440-326-3520
Attn: Frederick C. Bougher

**A-1 International, Inc.**
2226 Morris Avenue
Union, NJ 07083
Tel:  908-851-2288
Fax: 908-688-3733
Attn: Barbara Knapp

**Medline Industries, Inc.**
1 Medline Place
Mundelein, IL 60060
Tel.: 847-643-4163
Fax: 866-914-2729
Attn: Shane M. Reed

**Page 2**

**Passaic Healthcare Services, LLC**
**Galloping Hill Surgical, LLC**
**Allcare Medical SNJ, LLC**

**Appointment of Official**
**Committee of Unsecured**
**Creditors**

<u>Counsel for Committee</u>

Robert Hirsh, Esq.
Arent Fox, LLP
1675 Broadway
New York, NY 10019
Tel.: 212-457-5430
Fax: 212-484-3990

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: <u>*/s/ Martha R. Hildebrandt*</u>
        Martha R. Hildebrandt
        Assistant United States Trustee

        Jeffrey M. Sponder
        Trial Attorney

Date: January 22, 2015